IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COREY L. ROBINSON,
    Plaintiff,

vs.                              Case No. 3:05cv45/RV/EMT

CHAPLAIN LEGGETT,
    Defendant,
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 6, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afford opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3. The clerk is directed to close the file.

    **DONE AND ORDERED** this 7th day of June, 2005.


                                    /s/ _Roger Vinson_
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**